UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Jody K. Butts
_____

(Enter above the full name of
plaintiff in this action)

v.

Penn State Hospital
Hampton Nurses
(Nurses)

(Enter above the full name of
the defendant(s) in this action)

CIVIL CASE NO: 1:23-CV-2058
(to be supplied by Clerk
of the District Court)

**FILED**
HARRISBURG, PA

DEC 12 2023

PER _____
DEPUTY CLERK

COMPLAINT

1. The plaintiff **Jody K. Butts** a citizen of the County of **Harrisburg, Dauphin Pa.** State of Pennsylvania, residing at **351 Chestnut St. Hbg, Pa 17101 apt 1002** wishes to file a complaint under **Dyhidreation, Blood Clot Machine, Bruise IV, and saying I had Drugs in Pocket-book** (give Title No. etc.) **I call the police, to take me home, from a**

2. The defendant is **Nurses hip Operation**

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) **Police Report call them to bring me home**

3. (CONTINUED) _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

4. WHEREFORE, plaintiff prays that _____

_____

_____

_____

_____

_____

_____

                                          _____

                                          (Signature of Plaintiff)

Jody Butts
351 Chestnut St
Apt 1002
Harrisburg, PA 17101

HARRISBURG PA 171

8 DEC 2023 PM 6 L

Office Clerk of Courts
Sylvia Rambo
United States Court house
1501 N. 6th St.
Hbg, Pa. 17102

RECEIVED
HARRISBURG, PA
DEC 12 2023
PER _____
DEPUTY CLERK

17102-110999