IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JODY K. BUTTS, | : | |
|     Plaintiff | : | No. 1:23-cv-02058 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PENN STATE HOSPITAL HAMPTON, NURSES | : | (Magistrate Judge Arbuckle) |
| | : | |
|     Defendant | : | |

**ORDER**

    Before the Court is the May 16, 2024 Report and Recommendation of Magistrate Judge Arbuckle (Doc. No. 10), recommending that the Court dismiss Plaintiff Jody K. Butts ("Plaintiff")'s complaint (Doc. No. 1) for failure to pay the administrative filing fee or file an application to proceed in forma pauperis.[1] (Doc. No. 10 at 1–3.) No timely objections to the Report and Recommendation have been filed.

    **AND SO**, on this 12th day of June 2024, upon independent review of the record and applicable law, **IT IS ORDERED THAT**:

1.     The Court **ADOPTS** Magistrate Judge Arbuckle's Report and Recommendation (Doc. No. 10) insofar as it recommends dismissal of Plaintiff's complaint for failure to pay the administrative filing fee or file an application to proceed in forma pauperis;

2.     Plaintiff's complaint (Doc. No. 1) is **DISMISSED without prejudice**; and

---

[1] Magistrate Judge Arbuckle's Report and Recommendation states that Plaintiff's failure to pay the administrative filing fee or file an application to proceed in forma pauperis renders dismissal proper pursuant to Federal Rule of Civil Procedure 41(b) and the factors articulated by the United States Court of Appeals for the Third Circuit in Poulis v. State Farm Fire and Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

2

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                                                                s/ Yvette Kane
                                                                                                                 Yvette Kane, District Judge
                                                                                                                  United States District Court
                                                                                                                  Middle District of Pennsylvania